UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARCUS JULES REYNOLDS,

    Plaintiff,

v.

COVENIRE CARE NOKOMIS, LLC

    Defendant.

Civil No. 23-283 (JRT/ECW)

**ORDER**

---

Marcus Jules Reynolds, 1236 Russell Avenue North, Minneapolis, MN 55411, *pro se* plaintiff.

Elizabeth A Patton, **FOX ROTHSCHILD LLP,** 33 South Sixth Street, Suite 3600, Minneapolis, MN 55402, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 1, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Marcus Jules Reynold's Amended Complaint (ECF No. 5) is **DISMISSED WITHOUT PREJUDICE**;

    2.    Plaintiff's IFP Application (ECF No. 2) is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 20, 2023           s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                      United States District Judge